UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 22-765 MRW |
| Date | April 20, 2022 |
| Title | Ignacio Vera v. Canoga Ave Nova, LP |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:     ORDER DISMISSING CASE**

    Plaintiff filed a notice voluntarily dismissing this case. (Docket 10). This action is dismissed with prejudice.

Initials of Preparer     vp